FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR 21   AM 10: 28

LORETTA G. WHYTE
       CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DIANE A. PEA | CIVIL ACTION |
| VERSUS | NO: 04-3182-MLCF-SS |
| SOCIAL SECURITY ADMINISTRATION, ET AL. | |

## O R D E R

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that defendant's motion to dismiss, which was converted to a motion for summary judgment (Rec. docs. 6 and 12) is GRANTED.

New Orleans, Louisiana, this 20th day of March, 2007.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____